**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CR. No.  2:25-20308-SHL** |
| | ) | |
| **TERRANCE BIRDSONG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

**MOTION TO DISMISS COMPLAINT**

COMES NOW, the United States of America, by and through D. Michael Dunavant, United States Attorney, and Ashley N. F. Moore, Assistant United States Attorney for the Western District of Tennessee and respectfully requests that this matter is dismissed by this Court without prejudice.

Respectfully submitted,

D. Michael Dunavant
United States Attorney

By:  /s/ Ashley N. F. Moore
Ashley N. F. Moore
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, TN 38103
901-544-4231

1